Lisa BOWERS, Robert Bowers, Plaintiffs–Appellants,

v.

UNIVERSAL CITY DEVELOPMENT PARTNERS, LTD., d.b.a. Universal Studios Florida, Defendant–Appellee.

No. 05–12824

Non–Argument Calendar.

D.C. Docket No. 03–00985–CV–ORL–18–JGG.

United States Court of Appeals, Eleventh Circuit.

Jan. 17, 2006.

Annabel Castle Majewski, Wasson & Associates, Chartered, Miami, FL, for Appellant.

Elizabeth Cangelose Wheeler, Elizabeth C. Wheeler, P.A., Orlando, FL, Nicholas D. Freeman, Bussey, White, McDonough and Freeman, P.A., Orlando, FL, for Appellee.

Before TJOFLAT, MARCUS and COX, Circuit Judges.

PER CURIAM:

Following a jury verdict for the Defendant, on which the trial court entered judgment, the Plaintiffs appeal, seeking a new trial.

We have carefully considered the briefs, and relevant parts of the record, and conclude that the Plaintiffs have failed to identify any reversible error.

AFFIRMED.

Dallas Ray BALDWIN, a.k.a. Alec Davis, Plaintiff–Appellant,

v.

CITY OF FORT LAUDERDALE, FLORIDA, a political subdivision of the State of Florida, Defendant–Appellee.

No. 05–10194

Non–Argument Calendar.

D.C. Docket No. 01–07476–CV–AJ.

United States Court of Appeals, Eleventh Circuit.

Jan. 17, 2006.

Charles Garret White, Miami, FL, for Plaintiff-Appellant.

Alain E. Boileau, Dieter K. Gunther, Adorno & Yoss, PA, Fort Lauderdale, FL, for Defendant-Appellee.

Before TJOFLAT, WILSON and COX, Circuit Judges.

PER CURIAM:

Dallas Ray Baldwin appeals following the grant of summary judgment to City of Fort Lauderdale, Florida ("the City"). Having considered the briefs and relevant parts of the record, we conclude that the City was due summary judgment. The judgment of the district court is, therefore,

AFFIRMED.